J. A01007/15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY AS SUBROGEE OF SCOTT BONNELL, | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | : : | |
| v. | : : | No. 913 WDA 2014 |
| ROY OYLER AND KIM OYLER, HIS WIFE | : | |

Appeal from the Order, May 6, 2014,
in the Court of Common Pleas of Washington County
Civil Division at No. 2012-7465

BEFORE: FORD ELLIOTT, P.J.E., DONOHUE AND ALLEN, JJ.

JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.: **FILED FEBRUARY 18, 2015**

This is an appeal from the trial court's order of May 6, 2014, granting the defendants', Roy Oyler and Kim Oyler, husband and wife, motion for summary judgment and holding that plaintiff, Donegal Mutual Insurance Company, as subrogee of Scott Bonnell, did not have a valid cause of action and is not entitled to recover against the defendants.

The disposition of this matter is controlled by this court's decision in ***Liberty Mutual Insurance Co. v. Domtar Paper Co.***, 77 A.3d 1282 (Pa.Super. 2013), ***appeal granted in part***, 92 A.3d 809 (Pa. 2014). Unless and until this precedent is overruled by our Supreme Court, we are obliged to follow it. Accordingly, the trial court's order is affirmed.

Order affirmed.

J. A01007/15

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 2/18/2015